UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARLENE LYNETTE LASORDA,

      Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant,

                               /

Case No.  1:16-CV-435

HON. PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.


Dated:    April 6, 2017                    /s/ Paul L. Maloney
                                                             PAUL L. MALONEY
                                                             UNITED STATES DISTRICT JUDGE